IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JORGE LUIS SANTIAGO SALGADO

ELIODITH CABRERA MENDEZ

DEBTOR(S)

CASE  09-05549-SEK

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **August 18, 2009**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $27,497.00 pv=$31,895.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: September 24, 2009       PLAN BASE: $27,600.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 11/18/2009

[ ] FAVORABLE     [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [X] INSUFFICIENTLY FUNDED § 1325(b):
   to pay 100+6% to unsecured creditors. Bar date elapsed and minimum base necessary: $61,800.00

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):
   fails liquidation value

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Pending Trustee's Objection to exemptions: amended schedule C filed docket no. 21 and amended schedule C filed docket no. 26 are the same

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$426.00/$2,574.00

Atty: JUAN O CALDERON

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062