UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: **JORGE LUIS SANTIAGO SALGADO**
**ELIODITH CABRERA MENDEZ**
HC-BOX 3598, MOROVIS PR 00687
**DEBTOR(S)** SSN: XXX-XX-2248  SSN: XXX-XX-8630

BK. CASE # 09-05549  **SEK**
CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** * The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. * See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee: [X] directly [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
3. [X] The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

**PLAN DATED:** _____
[X] PRE [ ] POST-CONFIRMATION

[X] **AMENDED PLAN DATED:** 9/25/2009
FILED BY [X] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

| $ | x | = $ |
|---|---|---|
| 200.00 | 8 | 1,600.00 |
| 682.00 | 52 | 35,464.00 |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL = 60 | | $ 37,064.00 |

Additional Payments:
$ 25,000.00 to be paid as a LUMP SUM within throughout 5 years with proceeds to come from

[ ] Sale of property identified as follows:
_____

[X] Other: from tax reimbursements
_____

Periodic Payments to be made other than and in addition to the above.
$ _____ x _____ = $ _____
To be made on: _____

**PROPOSED PLAN BASE:** $ 62,064.00

### II. ATTORNEY'S FEES

To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement: $ 3,000.00
b. Fees Paid (Pre-Petition): ($ 426.00 )
c. R 2016 Outstanding balance: $ 2,574.00
d. Post Petition Additional Fees: $ _____
e. Total Compensation: $ 3,000.00
Paid during months # _____ To _____

Signed: /s/ *JORGE LUIS SANTIAGO SALGADO*
    DEBTOR
    /s/ *ELIODITH CABRERA MENDEZ*
    JOINT DEBTOR
    /s/ *JUAN O CALDERON-LITHGOW*
    BY: ATTORNEY

### II. DISBURSEMENT MADE IN THE FOLLOWING ORDER AND AFTER ADMINISTRATIVE EXPENSES

**A. SECURED CLAIMS:** [ ] Debtor represents that there are no secured claims.
[X] Secured creditors will retain their liens and shall be paid as follows:

1. [ ] **ADEQUATE PROTECTION** Payments: Cr. _____ $ _____

2. [X] Trustee will pay secured **ARREARS:** (Below, write V for vehicle, M for Mortg, F for furniture & O for Other in box)

| Cr. FIRST BANK [M] | Cr. BBVA- [V] | Cr. GMC [V] |
|---|---|---|
| Acct. XXXXXXXX7025 | Acct. XXXXXXXX8309 | Acct. XXXXXXXX2872 |
| $ 1,802.00 | $ 1,268.00 | $ 2,039.59 |
| Monthly Pymt.$ _____ | Monthly Pymt.$ _____ | Monthly Pymt.$ _____ |
| Month# ___ To Month# ___ | Month# ___ To Month# ___ | Month# ___ To Month# ___ |

3. [ ] Trustee will pay **REGULAR MONTHLY PAYMENTS:**
Cr. _____ Cr. _____ Cr. _____
Acct. _____ Acct. _____ Acct. _____
Monthly Pymt.$ _____ Monthly Pymt.$ _____ Monthly Pymt.$ _____

4. [ ] Trustee will pay **IN FULL** Secured Claims:
Cr. _____ Cr. _____ Cr. _____
$ _____ $ _____ $ _____

5. [ ] Trustee will pay **VALUE OF COLLATERAL:**
Cr. _____ Cr. _____ Cr. _____
$ _____ $ _____ $ _____

6. [ ] Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
Cr. _____ Ins. Co. _____ Premium: $ _____
(Please indicate in "Other Provisions" the insurance coverage period)

7. [ ] Debtor SURRENDERS COLLATERAL TO Lien Holder: _____

8. [X] Debtor will maintain REGULAR PAYMENTS DIRECTLY to:
BBVA; FIRSTBANK; GMC

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].

**C. UNSECURED PREFERRED:** Plan [ ] Classifies [X] Does not Classify Claims.
[ ] Class A- [ ] Co-debtor Claims: [X] Pay 100% / [ ] 'Pay Ahead''. _____
[ ] Class B- [ ] Other Class: _____
Cr. _____ Cr. _____ Cr. _____
$ _____ $ _____ $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ 20,000.00 )
[X] Will be paid 100% plus 6 % Legal Interest [ ] Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**
Debtors will pay 100% of all timely filed claims plus 6% interest. DMI was negative. Debtors will pay to the trustee ALL THEIR TAX REFUNDS DURING THE LIFE OF THE PLAN and it will be considered automatically amended after tax refunds are received. Money expected every year is $5,000.00
Plan reflects an increase in month 9 after vehicle Envoy is paid off.

ATTORNEY FOR DEBTOR~ **Juan O. Calderon-Lithgow**  P.O. Box 1710, Vega Baja, PR 00694  Phone: **787-858-5476**