BonaparteIN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

JORGE LUIS SANTIAGO DELGADO
ELIODITH CABRERA MENDEZ

Debtor(s)

Case No. **09-05549 SEK**

Chapter 13

## OPPOSITION TO RELIEF OF STAY

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtors, notifies the Court as follows,

1. A motion to dismiss present case was filed by FirstBank stating that debtors are in arrears in their mortgage post petition payments.
2. Debtors will need sixty days to cure arrears that accumulated on account of an unexpected health situation they faced, but they hope to cure arrears within that time from their own income and assistance from family.

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the previously informed and grant debtors' motion with the needed extension of time..

**I HEREBY CERTIFY**, that on this date I electronically filed the above document with the Clerk of the Court using ECF/CM system which sends notification of such filing to Vanessa Torres Quiñones, Esq, attorney for FirstBank and Chapter 13 trustee Alejandro Oliveras Rivera.

In Vega Baja, Puerto Rico, on this September 4, 2010.

s/ *Juan O. Calderon Lithgow*
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476
juan004@prtc.net

1