IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

JORGE LUIS SANTIAGO SALGADO
ELIODITH CABRERA MENDEZ O

Debtor(s)

Case No. **09-05549-ESL**

Chapter 13

## INFORMATIVE MOTION ABOUT
## PAYMENTS MADE BY DEBTORS TO THE PLAN
## AND REQUESTING PERMISSION TO MODIFY MORTGAGE LOAN

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtors, notifies the Court as follows,

1. Debtor works for Autoridad de Energia Electrica de PR. For a situation related to his health debtor had to be operated and received a referral to Fondo de Seguro del Estado. During 5 months debtor did not received his regular income and this situation caused him a failure in their payments to the plan and to the mortgage loan.

2. In response to the motion for dismissal debtors filed an informative motion requesting additional time to pay and inform about their payments to the trustee. We have verified the trustee's website and debtors missed to make two payments of $682.00 and 1 payment of $200.00 totaling $1564,00.00. Debtors' plan started in $200.00 and stepped up to $682.00.

3. Debtor's showed evidence of two Monygrams (**attached to this motion**) they sent to the trustee that should cover for the two higher amounts for a total of $1,364.00 and they request an extension of sixty (60) day to pay the balance of $200.00 because after this huge effort they need some time to recover, but they plan to cure the balance at an earlier date if possible.

4. Debtors are also requesting permission to enter into an agreement to modify mortgage loan in order to transfer arrears to the end of the loan period as an extension. In this way debtors will be able to cope with their obligations and avoid losing their residential real estate to a foreclosure or a lift of stay. **Copy of the analysis** made by the creditor is attached together with an explanatory letter containing the intention to make the modification if allowed by the court. Monthly payment amount will not change, neither the commitment terms to the plan will be affected.

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the previously informed grant debtors's motion and deny motion to dismiss.

1

**I HEREBY CERTIFY**, that on this date I electronically filed the above document with the Clerk of the Court using ECF/CM system which sends notification of such filing to the Chapter 13 trustee Alejandro Oliveras Rivera and to secured Creditor Banco Popular.

In Vega Baja, Puerto Rico, on this October 12, 2010.

s/ *Juan O. Calderon Lithgow*
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476
juan004@prtc.net



Caso Núm. / CASE NO. 09-05549
Fecha de Pago / Payment Due Date: August 04, 2010
Cantidad / Amount
Cheque Núm. / Check No.
Fecha / Date



Caso Núm. / CASE NO. 09-05549
Fecha de Pago / Payment Due Date: September 04, 2010
Cantidad / Amount
Cheque Núm. / Check No.
Fecha / Date



Septiembre 29, 2010

Vía Correo Regular Lcdo. Juan O Calderón Lithgow
PO BOX 1710, VEGA BAJA, PR, 00694
Vía Correo Electrónico:
Juan004@prtc.net

Lcdo. Juan O Calderon Lithgow Legal Office
PO BOX 1710, Vega Baja, PR, 00694

Re: Préstamo Hipotecario # 167025

Quiebra Número 09-05549

Estimado licenciado Juan O Calderón Lithgow :

Según le fuera informado, el deudor de referencia cualifica para una modificación bajo el plan de reestructuración. Conforme a sus instrucciones se acompaña la "Proyección de Modificación", válido hasta el 31 de octubre de 2010.

De usted tener alguna duda o necesitar información adicional, favor de comunicarse con quien suscribe al 787-283-4100 Ext. 52200

Cordialmente,

Janice Carrasquillo
Loss Mitigation

Anejo (1)

1519 Ponce de León Ave.; Stop 23
PO Box 9146
San Juan, PR 00908-0146

Telephone: (787) 729-8200
Telex: 325-2842 FBPR / 345-0645 FBPR



# EVALUACION PARA MODIFICACION

| Nombre del Cliente | JORGE L SANTIAGO SALGADO / ELIODITH CABRERA MENDEZ | Dirección Propiedad | 618 RMAL 155 RD MOROVIS PR 00687 |
|---|---|---|---|
| Hipoteca Número | 167025 | Inversionista | S10 |
| Tipo de Préstamo | CONV.RES | | |

| 1era Hipoteca | | | Modificacion | | |
|---|---|---|---|---|---|
| Balance Original | $ | 40,000.00 | Balance Principal 1ra | $ | 35,483.98 |
| Balance Principal | $ | 35,483.98 | Balance Principal 2da | | |
| Principal & Interés | $ | 452.13 | Intereses | $ | 2,900.79 |
| Reserva | $ | - | Cargos por demora | $ | 501.14 |
| Pago Total | $ | 452.13 | Inspecciones | $ | 187.50 |
| | | | Modification Fee | $ | 1,072.00 |
| Tasacion original | $ | 63,000.00 | Other Fees | $ | 213.00 |
| **Información** | | | Total | $ | 40,358.41 |
| Balance Principal | $ | 35,483.98 | | | |
| Principal & Interés | $ | 452.13 | Tasa de Interes fija por el termino | | 9.000% |
| Préstamo Balloon | | | Fecha Primer Pago | | 1-Nov-10 |
| Tasa de Interes | | 10.900% | Fecha de Madurez | | 1-Oct-40 |
| Fecha Originación | | 21-Jun-06 | Término de la Hipoteca | | 360 |
| Fecha de Madurez | | 1-Jul-21 | Principal & Interés | $ | 324.73 |
| Termino de la Hipoteca | | 180 MESES | Reserva | $ | - |
| Meses en atraso | | | Pago Total | $ | 324.73 |
| 8 x $ 452.13 1ra | $ | 3,617.04 | Ahorro en pago = 28.18% | $ | 127.40 |
| 0 x $ - 2da | $ | - | | | |
| Recargos | $ | 501.14 | Aportacion de cliente o plan de pago | | |
| Inspecciones | $ | 187.50 | Estudio de título | $ | - |
| Gastos & Honorarios | $ | - | Cargos por demora | $ | - |
| Deficiencia de la Reserva | $ | - | NSF | $ | - |
| NSF | $ | - | | | |
| **TOTAL** | $ | 4,305.68 | **TOTAL** | $ | - |

NOTAS
LOAN TO VALUE => 64
**** VALIDOS HASTA 10/31/10 *****

Preparado: 9/29/010 — Janice Carrasquillo, Analista Loss Mitigation

Autorizado: Isabel Candelas Sanabria, Gerente Loss Mitigation