IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | |
| JORGE LUIS SANTIAGO SALGADO | CASE NO. 09-05549 SEK |
| ELIODITH CABRERA MENDEZ | Chapter 13 |
| XXX-XX-2248 | |
| XXX-XX-8630 | **FILED & ENTERED ON 05/10/2011** |
| Debtors | |

O R D E R

For the reasons stated in the Trustee's Motion to Dismiss filed on 03/25/2011, which has not been opposed, this case is hereby dismissed.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

The Clerk will give notice of this Order.

GIVEN in San Juan, Puerto Rico, 10 day of May, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: ALL CREDITORS
   DEBTORS
   JUAN O CALDERON LITHGOW
   ALEJANDRO OLIVERAS RIVERA